NO. 12-08-00165-CV



IN THE COURT OF APPEALS



TWELFTH COURT OF APPEALS DISTRICT



TYLER, TEXAS




JEAN ALLEN DAVIS,
§
 APPEAL FROM THE 294TH

APPELLANT


V.
§
 JUDICIAL DISTRICT COURT OF


SHELLY NORINE HUFF,

APPELLEE
§
 VAN ZANDT COUNTY, TEXAS






MEMORANDUM OPINION


PER CURIAM


 Appellant and Appellee have filed an agreed motion to dismiss this appeal. In their motion,
the parties state that they have reached a resolution of this dispute and no longer wish to pursue the
appeal. Because the parties have met the requirements of Texas Rule of Appellate Procedure
42.1(a)(1), the motion is granted, and the appeal is dismissed. 

Opinion delivered May 21, 2008.

Panel consisted of Worthen, C.J., Griffith, J., and Hoyle, J.









(PUBLISH)